IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EARL V. SLACK; DAVID PITTS; and CASSANDRA PITTS, | * * * | |
| Plaintiffs, | * | |
| vs. | * | No. 4:18-cv-00318-SWW |
| | * * | |
| CITY OF LONDON, ARKANSAS; EDWIN PRICE, Mayor of London, in his official capacity; and JOAN BENNETT, Chief of Police of London, in her official capacity, | * * * * * * * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered, and Adjudged that this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of May 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE